

ABIGAIL GERTNER / *SENIOR COUNSEL*
d 215.875.5702 | agertner@bm.net

October 15, 2024

**VIA ECF FILING**

The Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re: Joint Status Report in** *Luense, et al. v. Konica Minolta Business Solutions U.S.A., et al.* **(Case 2:20-cv-06827-EP-JSA)**

Dear Judge Allen,

      In response to the Court's Order of July 9, 2024, the Plaintiffs and Defendants (the "Parties") submit this joint report regarding the results of the Parties' private mediation on October 1, 2024.

      The Parties have reached agreement on the material terms of a settlement and respectfully request that the Court set a deadline of November 29, 2024 for Plaintiffs to file a motion for preliminary approval of settlement agreement between Plaintiffs and Defendants.

      If there is additional information that the Court would like the Parties to provide, we will do so.

      Respectfully submitted,

| | |
|---|---|
| */s/ Abigail J. Gertner* | */s/ William J. Delany* |
| Abigail Gertner (NJ ID # 019632003) | William J. Delany (NJ ID # 049031994) |
| Natalie Lesser (NJ ID # 017882010) | Lars C. Golumbic (*pro hac vice*) |
| Julie S. Selesnick (*pro hac vice*) | Samuel I. Levin (*pro hac vice*) |
| **BERGER MONTAGUE PC** | **GROOM LAW GROUP, CHARTERED** |
| 1818 Market Street, Suite 3600 | 1701 Pennsylvania Avenue NW |
| Philadelphia, PA 19103 | Washington, DC 20006 |
| Telephone: (215) 875-3000 | lgolumbic@groom.com |
| Facsimile: (215) 875-4604 | wdelany@groom.com |
| jselesnick@bm.net | slevin@groom.com |
| agertner@bm.net | |
| nlesser@bm.net | Philip W. Crawford (NJ ID # 023431980) |

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**



Page 2 of 2

Eric Lechtzin (NJ ID # 011841992)
Marc H. Edelson (*pro hac vice*)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

*Counsel for the Plaintiffs*

**Gibbons, PC**
One Gateway Center
Newark, NJ 07102
pcrawford@gibbonslaw.com

*Counsel for the Defendants*