# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# Newark Vicinage

| | |
|---|---|
| RAY ALLEN LUENSE, PAMELA PEARSON, DANIEL F. SETTNEK and NEIL ROSE, individually and as representatives of a class of participants and beneficiaries on behalf of the Konica Minolta 401(k) Plan,<br><br>Plaintiffs,<br>v.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., BOARD OF DIRECTORS OF KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., KONICA MINOLTA 401(K) PLAN COMMITTEE, SANDRA SOHL, SUSAN MCCARTHY, and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No.: 2:20-cv-06827 (EP-JSA)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Ray Allen Luense, Pamela Pearson, Neil Rose, and Daniel F. Settnek ("Plaintiffs"), on behalf of themselves, the Konica Minolta 401(k) Plan, and the Konica Minolta 401(k) Plan Class[1] respectfully move the Court for an Order (1) preliminarily approving the Class Action Settlement Agreement ("Agreement")

---

[1] The Class is defined as "All persons, except Defendants and their immediate family members, who were participants in or beneficiaries of the Konica Minolta 401(k) Plan, at any time between June 4, 2014 and the present (the "Class Period"). Plaintiff Neil Rose is not a Class Representative.

described herein; (2) approving the form and method of the Class Notice; (3) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, of payment of attorneys' fees and expenses, and of a potential Case Contribution Award to the Named Plaintiffs; and (4) enjoining Class Members from pursuing any claims that arise out of or relate in any way to the claims at issue in this action pending final approval of the settlement. Plaintiffs rely on the Memorandum of Law, the Declaration of Julie S. Selesnick, and the following Exhibits filed herewith:

- Exhibit 1 – Settlement Agreement
- Attached to the Settlement Agreement as Exhibit A is the proposed Settlement Notice
- Attached to the Settlement Agreement as Exhibit A-1 is the proposed Former Participant Claim Form
- Attached to the Settlement Agreement as Exhibit B is the proposed Plan of Allocation
- Attached to the Settlement Agreement as Exhibit C is the proposed Preliminary Approval Order
- Attached to the Settlement Agreement as Exhibit D is the proposed Final Approval Order
- Attached to the Settlement Agreement as Exhibit E is the proposed CAFA Notice

As reflected in the Settlement Agreement, the parties want to compromise and settle all issues and claims relating to the allegations made in this action on behalf of all members of the Class. Plaintiffs' proposed plan of allocation will fairly

compensate Class Members in proportion to their relative losses resulting from Defendants' alleged actions, as described in the Complaint, and taking into account Defendants' proffered defenses.

WHEREFORE, Plaintiffs respectfully requests that the Court grant their Unopposed Motion and enter the proposed Preliminary Approval Order, which is attached as Exhibit C to the Settlement Agreement.

Dated: December 13, 2024                    Respectfully submitted,

*/s/ Abigail J. Gertner*
Abigail J. Gertner

Julie S. Selesnick
Abigail Gertner
Natalie Lesser
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
jselesnick@bm.net
agertner@bm.net
nlesser@bm.net

Eric Lechtzin
Marc H. Edelson
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

## CERTIFICATE OF SERVICE

I, Abigail J. Gertner, attorney for the Plaintiffs, hereby certify that on Friday, December 13, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Abigail J.Gertner*
Abigail J. Gertner