# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# Newark Vicinage

| | |
|---|---|
| RAY ALLEN LUENSE, PAMELA PEARSON, DANIEL F. SETTNEK and NEIL ROSE, individually and as representatives of a class of participants and beneficiaries on behalf of the Konica Minolta 401(k) Plan,<br><br>Plaintiffs,<br>v.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., BOARD OF DIRECTORS OF KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., KONICA MINOLTA 401(K) PLAN COMMITTEE, SANDRA SOHL, SUSAN MCCARTHY, and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No.: 2:20-cv-06827 (EP-JSA)<br><br>**PLAINTIFFS' MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Ray Allen Luense, Pamela Pearson, Neil Rose, and Daniel F. Settnek ("Plaintiffs"), on behalf of themselves, the Konica Minolta 401(k) Plan (the "Plan"), and the certified Class (*see* Order at ECF No. 120), hereby move the Court for final approval of the class action settlement ("Settlement") set forth in the Settlement Agreement ("Settlement Agreement" or "S.A.")[1], as supported by the

---

[1] Capitalized terms used herein are defined in the Settlement Agreement. *See* ECF No. 134-3.

Declaration of Natalie Lesser in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Lesser Decl."). Plaintiffs request that the Court: enter a Final Approval Order and Judgment (1) granting final approval of the proposed Settlement; (2) granting final appointment of Ray Allen Luense, Pamela Pearson, and Daniel F. Settnek[2] as Settlement Class Representatives, Eric Lechtzin and Natalie Lesser as Settlement Class Counsel, and Analytics LLC ("Analytics" or "Claims Administrator") as the Settlement Claim Administrator; (3) directing the implementation of the Settlement in accordance with the terms and conditions of the terms of the Settlement Agreement; and (4) dismissing the Action with prejudice upon the Effective Date.

Dated: May 12, 2025

Respectfully submitted,

*/s/ Natalie Lesser*
Natalie Lesser (NJ Bar. No. 017882010)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
nlesser@bm.net

Julie S. Selesnick
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Tel: (202) 221-5279
jselesnick@bm.net

---

[2] Plaintiff Neil Rose is not a Class Representative.

Eric Lechtzin
Marc H. Edelson
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

## CERTIFICATE OF SERVICE

I, Natalie Lesser, attorney for the Plaintiffs, hereby certify that on Monday, May 12, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Natalie Lesser*
Natalie Lesser